IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**CAROLYN ENGLE**                                                                     **PLAINTIFF**

**v.**                                    **CIVIL ACTION NO. 1:21-cv-20-TBM-RPM**

**FREEDOM DEBT RELIEF, LLC**                                      **DEFENDANT**

## ORDER DENYING PLAINTIFF'S MOTION TO REMAND

This matter came before the Court on a hearing on the Plaintiff's Motion to Remand [3] on May 4, 2021. At the hearing conducted in this matter on May 4, 2021, the Court, having considered the pleadings, the record, the oral arguments of counsel, and the relevant legal authority, announced its findings and conclusions from the bench. The Court concluded that Plaintiff's Motion to Remand [3] should be denied.

IT IS THEREFORE, ORDERED AND ADJUDGED that, for the reasons stated on the record at the hearing held on May 4, 2021, the Plaintiff's Motion to Remand [3] is DENIED. The Defendant's responsive pleading is due May 25, 2021.

This, the 4th day of May, 2021.

                                                                    TAYLOR B. McNEEL
                                                                    UNITED STATES DISTRICT JUDGE